UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAY W. SMITH                                          CIVIL ACTION

VERSUS                                                NO. 09-2553

DEPUTY JOE READHEAD, ET AL.                           SECTION: "C"(1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motions for default judgment, Rec. Docs. 29 and 34, are **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 4th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE